UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUNE HILL, :
: NO. 1:11-CV-830
    Plaintiff, :
:
    vs. : **ORDER**
:
CITY OF CINCINNATI, et al., :
:
    Defendants. :

       This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 7), to which no objections were filed. On December 19, 2011, Plaintiff filed a *pro se* motion for a temporary restraining order against Defendants (doc. 2). On December 23, 2011, the Magistrate Judge issued her Report and Recommendation, in which she recommends that Plaintiff's motion be denied (doc. 7).

       Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

       Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 7) in all respects and DENIES Plaintiff's motion for a temporary restraining order against Defendants.

SO ORDERED.

DATED: 2/22/12

S. Arthur Spiegel
United States Senior District Judge