```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| JUNE HILL | : | NO. 1:11-CV-00830 |
|     Plaintiff, | : | |
| | : | |
|         v. | : | **ORDER** |
| | : | |
| CITY OF CINCINNATI, | : | |
| et al., | : | |
| | : | |
|     Defendants. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 15).

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. The Court therefore adopts and affirms it in its entirety and therefore GRANTS the City Defendant's motion to dismiss (doc. 10). The City is thus terminated as a defendant in this case.

SO ORDERED.

Dated: May 3, 2012                 /s/ S. Arthur Spiegel
                                                   S. Arthur Spiegel
                                                   United States Senior District Judge