```
UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF OHIO
        WESTERN DIVISION
```

| | | |
|---|---|---|
| JUNE HILL | : | NO. 1:11-CV-00830 |
|     Plaintiff, | : | |
| | : | |
|           v. | : | **ORDER** |
| | : | |
| CITY OF CINCINNATI, | : | |
| et al., | : | |
| | : | |
|     Defendants. | : | |

      This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 15).

      Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

      Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. The Court therefore adopts and affirms it in its entirety and therefore GRANTS the City Defendant's motion to dismiss (doc. 10). The City is thus terminated as a defendant in this case.

SO ORDERED.

Dated: May 3, 2012               /s/ S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge