**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JUNE HILL,
    Plaintiff,                                 Civil Action No.1:11-cv-830

vs.                                          Spiegel, J.
                                                Bowman, M.J.

CITY OF CINCINNATI, et al,
    Defendants.

**ORDER**

This civil action is before the Court on Plaintiff's motion "for Pre-Trial Issues," wherein, Plaintiff, proceeding *pro se* and *in forma pauperis*, requests the appointment of counsel to assist her in this matter. (Doc. 20). Plaintiff's motion for the appointment of counsel will be denied based upon the general principle that civil litigants have no constitutional right to the appointment of counsel at government expense. *See Anderson v. Sheppard*, 856 F.2d 741 (6th Cir. 1988). Plaintiff's complaint is legible and articulate and she has adequately represented herself in this matter through the date of this decision. At this stage, Plaintiff has failed to demonstrate the type of "exceptional circumstances" that would justify the rare appointment of free counsel for a *pro se* civil litigant. *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993).

Accordingly, **IT IS ORDERED THAT** Plaintiff's motion requesting counsel (Doc. 20) is **DENIED**.

                                                                *s/Stephanie K. Bowman*
                                                                Stephanie K. Bowman
                                                                United States Magistrate Judge