**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| JUNE HILL,<br>    Plaintiff, | Civil Action No.1:11-cv-830 |
| vs. | Spiegel, J.<br>Bowman, M.J. |
| CITY OF CINCINNATI, et al,<br>    Defendants. | |

| | |
|---|---|
| UNITED STATES EX REL.<br>JUNE HILL & DOES 1-40,<br>    Plaintiff, | Civil Action No.1:12-cv-479 |
| vs. | Spiegel, J.<br>Bowman, M.J. |
| CITY OF CINCINNATI<br>SOLICITOR'S OFFICE, et al,<br><br>    Defendants. | |

**ORDER OF CONSOLIDATION**

Pursuant to this Court's August 13, 2012 Order, the above-referenced cases are herein **CONSOLIDATED** for all purposes under the **LOWER DOCKET NUMBER**, 1:11-cv-830.  Notably, upon a *sua sponte* review of Case No. 1:12-cv-479, the Court found that "it appeared that Plaintiff has stated a viable claim of retaliation under 42 U.S.C. § 1983 against defendant Zucker to the extent that plaintiff has alleged facts indicating that after the filing of a related lawsuit against Zucker and others (*see* June Hill v. City of Cincinnati, et al., No. 1:11-cv-830) Zucker took retaliatory actions against her which

included the removal of a permit that affects her means of employment as a taxicab driver."

(*See* Case No. 1:12-cv-469, Doc. 6).  Thus, that one claim of retaliation should be allowed to proceed and consolidated with the earlier filed case.

Accordingly, **ALL FUTURE FILINGS** shall be made in Consolidated Case No. 1:11-cv-830.

**IT IS SO ORDERED**.

   *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge