**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JUNE HILL,
    Plaintiff,

vs.

CITY OF CINCINNATI, et al,
    Defendants.

Civil Action No.1:11-cv-830

Spiegel, J.
Bowman, M.J.

**MEMORANDUM ORDER**

This civil action is before the Court on Plaintiff's motions to compel and to amend the complaint. The parties appeared, by telephone, on September 17, 2012, wherein the Court heard arguments from Plaintiff and counsel for Defendants relating to the pending motions. Having fully considered the pleadings and the arguments of the parties thereto,

**IT IS HEREIN ORDERED**:

1. Plaintiff's motion to compel (Doc. 27) is **DENIED as MOOT**. Prior to the telephone conference (and confirmed during the conference), counsel for Defendant represented to the Court that Defendants' responses to Plaintiff's interrogatory requests were sent to Plaintiff by email and by regular mail on September 17, 2012.[1]

2. Plaintiff's motion for leave to amend the complaint (Doc. 28) is **GRANTED**. Plaintiff's proposed amended complaint added a state law claim for malicious prosecution against Defendant Hoerst and Defendant Zucker. Accordingly, **within 14 days of this Order**, Plaintiff shall file an amended complaint as she proposed; however, Plaintiff also

---

[1] Plaintiff is advised to contact counsel for Defendants if she has any objections to Defendants discovery responses. If the parties are unable to resolve any such disputes, they shall contact the Court to schedule an informal discovery dispute conference.

needs to include her claim for retaliation under 42 U.S.C. § 1983 against Defendant Zucker that was originally asserted in Case No. 1:12-cv-479 so that all surviving claims are set forth in the amended complaint.

3. Defendants shall produce their initial disclosures as mandated by Rule 26(a) of the Federal Rules of Civil Procedure **within 14 days of this Order.** Thereafter, Plaintiff must produce her initial disclosures within **14 days of her receipt of Defendants' initial disclosures.**

**IT IS SO ORDERED.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge