UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUNE HILL,  :
 : NO. 1:11-CV-0830
    Plaintiff, :
 :
 :
  v. : **ORDER**
 :
 :
CITY OF CINCINNATI, et al., :
 :
    Defendants. :

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 48), to which no objections were filed. In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for a temporary restraining order against Defendant Zucker (doc. 39) be denied.

    The Court notes that the copy sent to Plaintiff's last known address of the Magistrate Judge's report and recommendation, including the notice regarding the timeframe for objections thereto, was returned as undeliverable (doc. 50). Therefore, out of an abundance of caution, the Court has reviewed Plaintiff's motion and the attendant issues de novo, pursuant to 28 U.S.C. §636(b). Having done so, the Court agrees with the assessment of the Magistrate Judge and finds the

Magistrate Judge's report to be thorough, well-reasoned, and correct.  Accordingly, the Court adopts and affirms the report in its entirety (doc. 48). Plaintiff's motion is therefore DENIED (doc. 39).  This, of course, does not dispose of the case, and the parties are reminded that the discovery deadline of April 22, 2013, and the dispositive motions deadline of April 30, 2013, remain set.

   SO ORDERED.

Dated:  February 19, 2013  s/S. Arthur Spiegel_____
                           S. Arthur Spiegel
                           United States Senior District Judge